

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-21-00224-CV**

**IN THE MATTER OF THE MARRIAGE OF CYNTHIA IRENE**
**GILLILAND AND HOWARD DAVID GILLILAND**

**From the 378th District Court**
**Ellis County, Texas**
**Trial Court No. 105342D**

**MEMORANDUM OPINION**

The underlying case is a divorce proceeding between Appellant Howard David Gilliland, Jr., and Appellee Cynthia Irene Gilliland. Appellant, acting *pro se*, filed a notice of appeal from the trial court's interlocutory "Order on Motion to Order Sale of Property and Motion for Appointment of Receiver," signed on August 20, 2021. The trial court's order states that Appellee's Motion to Order Sale of Property and Motion for Appointment of Receiver is granted. The order further provides: "The property is ORDERED to be sold and the proceeds of the sale are to be placed into the registry of the Court until further Order of this Court. There is no Order to appoint a receiver at this time."

This Court has no jurisdiction to hear an appeal from a judgment that is not final, unless there is specific statutory authority permitting an appeal before final judgment. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.012. None of the exceptions to the rule that only final judgments can be appealed applies in this case. *See id.* § 51.014 (listing interlocutory orders that may be appealed before final judgment is rendered in the case).

On September 13, 2021, we issued an order notifying the parties that the Court may dismiss this appeal unless, within ten days of the date of the order, Appellant showed grounds for continuing the appeal. No response has been received from Appellant. Accordingly, this appeal is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

Furthermore, we lift our stay of the trial court's August 20, 2021 Order on Motion to Order Sale of Property and Motion for Appointment of Receiver.

MATT JOHNSON
Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Dismissed
Opinion delivered and filed October 6, 2021
[CV06]

